

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ARTURO DIAZ, INDIVIDUALLY and AD II IMPROVEMENTS, LLC, | § | No. 08-24-00307-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 41st Judicial District Court |
| v. | | |
| | § | of El Paso County, Texas |
| HERC RENTALS INC. F/K/A HERTZ EQUIPMENT RENTAL CORPORATION, | § | (TC# 2021DCV2702) |
| Appellee. | | |

**MEMORANDUM OPINION**

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* Tex. R. App. P. 42.3.

On August 1, 2024, the Clerk of this Court sent Appellants a letter requesting payment of the required filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rules from paying costs). The letter notified Appellants that this appeal would be subject to dismissal after August 21, 2024, if they failed to pay or failed to show they were excused from paying the required fee. *See* Tex. R. App. P. 42.3 (c) (authorizing an appellate court to dismiss an appeal where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

As of this date, Appellants have not paid the filing fee or otherwise shown they are excused from paying the required fee. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 43.3(c).

GINA M. PALAFOX, Justice

August 30, 2024

Before Alley, C.J., Palafox, and Soto, JJ.